```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL | : | CIVIL ACTION |
| ELEVATOR INDUSTRY PENSION, | : | |
| HEALTH BENEFIT, AND | : | |
| EDUCATIONAL FUNDS | : | |
| | : | |
| v. | : | |
| | : | |
| COASTAL ELEVATOR, INC. | : | NO. 02-3028 |

### **O R D E R**

AND NOW, this 16th day of July, 2002, it is Ordered that a hearing on plaintiffs' motion for entry of judgment by default (doc. no. 4) is scheduled for **July 31, 2002 at 2:30 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 12A, 12th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

```
     ATTEST:                  or    BY THE COURT


     BY:_____    _____
        Deputy Clerk                       Judge
```

C.V. 12 (4/99)

faxed to: David D. Capuano, Esq.
         Robert P. Curley, Esq.
xc: Coastal Elevator